**Order filed November 3, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00222-CV

_____

## ELLIOTT HARVEY D/B/A PIONEER NATURALS PET FOODS, Appellant

## V.

## ADVANCED MARKETING GROUP, LLC, Appellee

**On Appeal from the 259th District Court**
**Jones County, Texas**
**Trial Court Cause No. 023133**

### O R D E R

Elliott Harvey d/b/a Pioneer Naturals Pet Foods timely filed an appeal from a judgment signed by the trial court on June 19, 2015. Appellant has now filed in this court a suggestion of bankruptcy. *See* TEX. R. APP. P. 8.1. Appellant indicates that he filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on October 20, 2016. The notice complies with TEX. R. APP. P. 8.1. Therefore, pursuant to TEX. R. APP. P. 8.2, we abate this appeal. The parties are requested to

inform this court of the resolution of the bankruptcy proceedings or any other event that would allow this appeal to be reinstated. *See* TEX. R. APP. P. 8.3.

This appeal is abated.

PER CURIAM

November 3, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.